ESCALONA *v.* EL REGISTRADOR DE LA PROPIEDAD.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan.

No. 9.—Resuelto en Noviembre 15, 1904.

CANCELACIÓN—ANOTACIÓN PREVENTIVA—HIPOTECA.—Tomada anotación preventiva sobre una hipoteca inscrita en el Registro de la Propiedad, no procede verificar

la cancelación de ésta sin que lo ordene una sentencia ejecutoria, ó sin el consentimiento expreso de las personas á cuyo favor aparece tomada la anotación preventiva, ó de sus representantes legítimos.

## EXPOSICIÓN DEL CASO.

*Visto* el presente recurso gubernativo interpuesto á solicitud de Don Francisco Escalona contra negativa del Registrador de la Propiedad de esta Capital á cancelar una hipoteca.

*Resultando*: que otorgada por Don Vicente Dordal, por escritura pública de cuatro de Julio de mil ochocientos sesenta y dos, carta de pago de un crédito hipotecario, por valor de setecientos ochenta y cinco pesos setenta centavos, moneda corriente, que le adeudaba Don Mateo O'Farrill, presentada en el mes de Julio último dicha carta de pago al Registrador de la Propiedad de esta Capital, para la cancelación de la hipoteca, le fué denegada por el Registrador, por los motivos que expresa la nota puesta al pié de dicho documento, la que copiada á la letra dice así:

"No admitida la cancelación de la hipoteca á que el anterior documento se refiere, solicitada sobre la casa número 57 de la calle de la Luna de esta Capital por resultar del Registro, que del citado derecho hipotecario se ha extendido anotación preventiva con fecha veinte del corriente, por término de ciento veinte días á favor de Don Gavino Alvaro Dordal, Don Felix León y Don Benito V. Dordal, á virtud de retrocesión y traspaso que les hiciera Don Tulio C. Otero y Cuyar, no procediendo, por tanto, dicha cancelación, y se ha extendido anotación preventiva de la misma al fólio 179 vuelto del tomo 54 de esta Capital, finca 670, triplicado, anotación letra C, que tendrá efecto legal durante ciento veinte días de la fecha, y en la cual se ha hecho constar el defecto subsanable de no describirse en el precedente documento la finca hipotecaria.—San Juan, Puerto Rico, Julio 29 de 1904."

*Resultando*: que notificada dicha nota al presentante del referido documento, no estuvo conforme con la calificación del Registrador, por lo que pidió se elevara el documento de referencia á este Tribunal Supremo, para la resolución corres-

pondiente, lo que verificó el Registrador con atento oficio de remisión.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando*: que tomada anotación preventiva sobre la hipoteca de que se trata, á favor de Don Gavino y Don Benito Dordal y Don Felix León, á virtud de retrocesión y traspaso que les hiciera Don Tulio C. Otero y Cuyar, según informa el Registrador de la Propiedad en su nota, no procede la cancelación de la hipoteca, sin que lo ordene una sentencia ejecutoria, ó sin el consentimiento expreso de las personas á cuyo favor aparece tomada la anotación preventiva, ó de sus legítimos representantes, con arreglo al artículo 82 de la Ley Hipotecaria vigente en esta Isla.

*Se confirma* la nota denegatoria del Registrador de la Propiedad de esta Capital, y devuelvasele el documento presentado, con copia de la presente resolución á los .efectos procedentes.

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.